UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17CR132 JAR |
| WILLIAM CURRY et al., | ) |
| Defendant. | ) |

## MOTION TO SET INITIAL APPEARANCE

COMES NOW the United States of America, by and through Carrie Costantin, the United States Attorney for this and her undersigned assistant and respectfully requests the Court set a date for the initial appearance in this district of Defendants Anthony Hayes and Devonte Holliday, who have been admitted to bond in the Northern District of Illinois and await said date to report to this district.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney
/s/ Thomas C. Albus
Thomas C. Albus #46224MO
Assistant U.S. Attorney