UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17 CR 132 JAR / DDN |
| | ) | |
| ANTHONY HAYES, | ) | |
| DEVONTE HOLLIDAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING ARRAIGNMENT

**IT IS HEREBY ORDERED** that the government's motion for defendants Anthony Hayes and Devonte Holliday to appear in this District (ECF No. 34) is sustained. The arraignment of defendants Anthony Hayes and Devonte Holliday is set for **Tuesday, April 25, 2017 at 2:00 p.m.** in the courtroom of the undersigned.



           /s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 13, 2017.