**Courtroom Minutes Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS**
**JUDGE JOHN A. ROSS**

Date  9/11/17        Case No.   4:17cr00132 JAR-DDN-4
UNITED STATES     v.  Anthony Hayes
Courtroom Deputy    John Bernsen         Court Reporter   Lisa Paczkowski
Interpreter  _____

AUSA:  Thomas Albus
Defendant's Counsel:   Gregory Smith
Defendant's Age:  1998    Education:   Enrolled in High School

*ARRAIGNMENT/PLEA*:
▢ Defendant waives assistance of counsel    ▢ Waiver filed
▢ Arraignment continued until _____ at _____ am/pm
▢ Defendant signs waiver of indictment/consents to proceed by information
▢ Criminal information filed   ▢ Superseding indictment/information filed
▢ Defendant waives reading of indictment/information
**X** Defendant waives arraignment and the filing of pretrial motions.
**X** Defendant enters plea of **Guilty** to Count(s)   2    of the Superseding Indictment.

*CHANGE OF PLEA*:
**X** Defendant found competent to enter a guilty plea
**X** Guilty Plea Agreement filed
**X** The Court
    **X** *adopts and approves* the Guilty Plea Agreement
    ▢ *defers the adoption* of the Guilty Plea Agreement

▢ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to Count(s) _____ of the (superseding) indictment/information

**X** Sentencing set  12/15/17   at  1:00PM
**X** Count(s)   1   held in abeyance until sentencing
**X** Probation Officer in courtroom

▢ Defendant is **remanded** to custody     **X** Defendant is released on existing **bond**
_____
_____
_____

*Proceedings*:   3:02PM-4:00PM