# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS
## Before Judge John A Ross

Date: 12/15/2017     Case No.: 4:17-cr-00132-JAR-4

UNITED STATES OF AMERICA vs. Anthony Hayes

Deputy Clerk  COlliges          Court Reporter  Lisa Paczkowski

Interpreter _____

Assistant U.S. Attorney: Thomas C. Albus

Defendant Attorney(s): Gregory N. Smith

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
- [x] Sentence imposed see judgment
- [x] Count(s) 1 dismissed on motion of AUSA
- [ ] Objections to Presentence report heard and  [ ] granted as follows:  [ ] denied as follows:

No objections to the PSR by either party.

- [ ] Defendant remanded to **Custody** of the USMS
- [ ] Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
- [x] Defendant is released on **Probation** pending processing by USMS

Proceedings: 1:10 pm - 1:41 pm