UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,                    )
                                             )
                Plaintiff,                   )
                                             )
vs.                                          )     Case No. _4:17 CR 00132 JAR_
                                             )
_Anthony Hayes,_                             )
                Defendant.                   )
                                             )

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐   **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒   **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐   **The defendant declines to sign this notice.**

(<u>Note</u>:  **Defense counsel should check the appropriate box(es) above.)**

_12/15/17_                              _____
Date                                    Signature of Attorney

☒   **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

_12/15/17_                              _____
Date                                    Signature of Defendant