PROB 22
(Rev. 04/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:17CR00132-4 JAR

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Anthony Hayes<br>Cook County Jail<br>2700 S California Ave<br>Chicago, IL 60608 | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |

FILED
AUG 3 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NAME OF SENTENCING JUDGE

The Honorable John A. Ross
United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 15, 2017 | TO<br>December 14, 2022 |
|---|---|---|

OFFENSE

Ct. 2: Transportation of Stolen Property

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/23/2018
Date

*/s/ John A. Ross*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/1/18
Effective Date

*/s/ Ruben Castillo*
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ BROOK GUDAUSKY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
August 3, 2018

PROB 12AS (08/16)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Report on Offender Under Supervision

Name of Offender: Anthony Hayes            Case Number: 4:17CR00132-4 JAR

Name of Sentencing Judicial Officer:   The Honorable John A. Ross
                                        United States District Judge

Date of Original Sentence: December 15, 2017

Original Offense: Ct. 2: Transportation of Stolen Property

Original Sentence: 5 years probation

Type of Supervision: Probation            Date Supervision Commenced: December 15, 2017
                                           Expiration Date: December 14, 2022

## SUPERVISION SUMMARY

Since the commencement of supervision, Hayes has been supervised by the Northern District of Illinois. The U.S. Probation Office in the Northern District of Illinois advised Hayes is currently detained for Felon in Possession of a Firearm and had a recent arrest for Possession of a Controlled Substance, the latter was later dismissed.

The Northern District of Illinois is requesting a transfer of jurisdiction in order to address the violations in their Court.

PROB 12AS (08/16)
Anthony Hayes
4:17CR00132-4 JAR

**RECOMMENDATION:** It is respectfully recommended Hayes jurisdiction be transferred to the Northern District of Illinois in order to address the violations. Attached please find a Form 22, please return same to the Probation Office.

Approved,                                          Respectfully submitted,

by  *Julie A. O'Keefe*                             by  *Michael Alvarez*
Julie A. O'Keefe                                       Michael Alvarez
Supervising U.S. Probation Officer                     U.S. Probation Officer
Date: July 18, 2018                                    Date: July 18, 2018

☑ I agree with the recommendation of the Probation Officer
☐ Discharge from
☐ Other

*John J. Ross*
Signature of Judicial Officer

7/23/2018
Date

I:\Supervision\12AS\Hayes, Anthony 12AS 417CR00132-4 JAR 07-18-2018.docx

2